

**Mars Khaimov Law, PLLC**

108-26 64th Avenue, Second Floor

Forest Hills, NY 11375

Tel.: 929.324.0717

E-mail: marskhaimovlaw@gmail.com

February 16, 2021

**BY ECF**
Honorable George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED

The February 18, 2021 initial conference is adjourned to May 6, 2021 at 9:30 a.m.

FEB 1 8 2021  /s/ George B. Daniels

Re:   Josue Paguada v. Barnes & Noble Booksellers, Inc.; 1:20-cv-08259-GBD

To the Honorable Judge Daniels,

The Parties submit this joint letter to respectfully request an adjournment of the initial pretrial conference, currently scheduled to take place on February 18, 2021. The Parties are actively negotiating the terms for dismissal of the action, and judicial intervention is not being requested at this time. This is the first request for an adjournment herein, and both Parties consent.

Respectfully,

/s/ Mars Khaimov

/s/ Evan B. Citron