

# Ogletree
# Deakins

Jennifer S. Rusie
615-687-2223
jennifer.rusie@ogletree.com

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

SunTrust Plaza
401 Commerce Street, Suite 1200
Nashville, TN 37219-2446
Telephone: 615-254-1900
Facsimile: 615-254-1908
www.ogletree.com

May 5, 2021

VIA ECF
The Hon. George B. Daniels
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED

The initial conference is adjourned from
May 6, 2021 to August 5, 2021 at 9:30 a.m.

/s/ George B. Daniels
HON. GEORGE B. DANIELS

Dated: MAY 0 5 2021

RE: *Paguada v. Barnes & Noble Booksellers, Inc.*
Case No. 20-cv-08259 (GBD)

Dear Judge Daniels:

Defendant, Barnes & Noble Booksellers, Inc. ("Defendant"), and Plaintiff, Josue Paguada ("Plaintiff"), jointly and respectfully request that the Court adjourn the Initial Conference that is currently scheduled for Thursday, May 6, 2021, at 9:30 a.m. Eastern Daylight Time. The Parties submit that there is no need for judicial intervention at this time. This is the second request for adjournment, and both Parties consent.

Sincerely,

*/s/ Jennifer S. Rusie*
Jennifer S. Rusie

*/s/ Mars Khaimov*
Mars Khaimov

47023634.1

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington