UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

JOSUE PAGUADA, on behalf of himself and all others similarly situated,

                Plaintiff,

      -against-

BARNES & NOBLE BOOKSELLERS, INC.,

                Defendant.

------------------------------------- x

ORDER

20 Civ. 8259 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The initial conference is adjourned from September 22, 2021 to November 10, 2021 at 9:30 a.m.

Dated: September 14, 2021
       New York, New York

                                 SO ORDERED.

                                 *George B. Daniels*
                                 GEORGE B. DANIELS
                                 United States District Judge