**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x
                                                    :
JOSUE PAGUADA, on behalf of himself and all   :
others similarly situated,                           :
                                                    :
                          Plaintiff,               :                    ORDER
                                                    :
        -against-                                 :                    20 Civ. 8259 (GBD)
                                                    :
BARNES & NOBLE BOOKSELLERS, INC.,      :
                                                    :
                          Defendant.              :
------------------------------------ x

GEORGE B. DANIELS, United States District Judge:

        This Court having been advised that the parties have reached a settlement in principle

(*see* ECF No. 22), the Clerk of the Court is hereby ORDERED to close the above-captioned action,

without prejudice to restoring the action to this Court's calendar if an application to restore is made

within thirty (30) days of this Order.


Dated:   October 30, 2023
          New York, New York

                                                SO ORDERED.

                                                *George B. Daniels*

                                                GEORGE B. DANIELS
                                                United States District Judge